IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ELLIOTT WILLIAMS, #481914 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv295 |
| LORIE DAVIS, ET AL. | § | |

ORDER

Plaintiff Elliott Williams, an inmate confined at the Coffield Unit of the Texas prison system, proceeding *pro se,* filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to Magistrate Judge John D. Love, who issued a Report and Recommendation (Dkt. #12) concluding that Mr. Williams' motion for a preliminary injunction (Dkt. #10) should be denied. Mr. Williams has filed objections (Dkt. #17).

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Mr. Williams to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and Mr. Williams' objections are without merit. Therefore, the court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that Mr. Williams' motion for a preliminary injunction (Dkt. #10) is **DENIED**.

**SIGNED this the 10th day of August, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE