IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ELLIOTT WILLIAMS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv295 |
| LORIE DAVIS, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love. The Report of the Magistrate Judge (Doc. 66), which contains proposed findings of fact and recommendations for the disposition of the claims against Defendants Christie Tucker and Jessica Moreira, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Plaintiff's request for voluntary dismissal of his claims against Christie Tucker and Jessica Moreira (Doc. 43) is **GRANTED**. It is further

**ORDERED** that the Plaintiff's claims against Defendants Christie Tucker and Jessica Moreira are **DISMISSED** without prejudice, and these Defendants are dismissed as parties from this lawsuit.

**SIGNED this the 29th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE