IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ELLIOTT WILLIAMS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv295 |
| LORIE DAVIS, ET AL. | § | |

## ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the Plaintiff's motion for a protective order, construed as a motion for a temporary restraining order or preliminary injunction, be denied. The Magistrate Judge also issued a separate Report recommending that two additional motions for injunctive relief be denied. The Plaintiff filed separate objections to each Report.

The Reports of the Magistrate Judge (docket no.'s 67 and 68), which contain proposed findings of fact and recommendations for the disposition of the Plaintiff's motions, have been presented for consideration. The court has conducted a *de novo* review of each of the separate objections raised by Plaintiff to the Reports. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Plaintiff's motion for a protective order (docket no. 32), construed as a request for injunctive relief, and motions for preliminary injunctive relief (docket no.'s 54 and 57) are **DENIED**.

**SIGNED this the 29th day of September, 2019.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE